United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 26-11867-SC |
| Ana L Martinez | Chapter 7 |
| Juan J Martinez | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 18, 2026 | Form ID: mdeforco | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\#             Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

**Recip ID              Recipient Name and Address**
db/jdb                    #  Ana L Martinez, Juan J Martinez, 344 Winding Ln, Brea, CA 92821-4526

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                       Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | |
| | on behalf of Debtor Ana L Martinez bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | |
| | on behalf of Joint Debtor Juan J Martinez bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Richard A Marshack (TR) | |
| | pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com |
| United States Trustee (SA) | |
| | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 4

| **United States Bankruptcy Court** | |
| **Central District of California** | |
| In re:<br>Ana L Martinez<br>Juan J Martinez | CHAPTER NO.: 7 |
| | CASE NO.: 8:26–bk–11867–SC |

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007
# AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

- ☑ Summary(Form 106Sum or 206Sum)
- ☑ Schd A/B(Form106A/B or 206A/B)
- ☑ Schedule C (Form 106C)
- ☑ Schedule D (Form 106D or 206D)
- ☑ Schd E/F(Form106E/F or 206E/F)
- ☑ Schedule G (Form 106G or 206G)
- ☑ Schedule H (Form 106H or 206H)
- ☑ Schedule I (Form 106I)
- ☑ Schedule J (Form 106J)
- ☑ Decl Re Sched (Form 106Dec)
- ☐ Decl for Non–Indiv (Form 202)
- ☑ StmtFinAffairs(Form107 or 207)
- ☑ Statement (Form 122A–1)
- ☑ Means Exempt.(Form 122A–1Supp)
- ☑ Means Calculation(Form 122A–2)
- ☐ Other *(Specify):*

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

According to Bankruptcy Rule 1007(c), within 14 days after you filed the petition, **YOU MUST EITHER:**

(1) File the required documents. If the document is filed electronically, no hard copy needs to be submitted to the court. (See Local Bankruptcy Rule 5005–2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2) File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

Dated: June 17, 2026

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form mdeforco – Rev 04/2019)

**7 – 1 / VN**