Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Nexus Bankruptcy**
**Benjamin Heston**
3090 Bristol Street #400
Costa Mesa, CA 92626
Phone: (949) 312-1377
Email: ben@nexusbk.com
Bar Number: 297798
**Attorney for Debtor**

FOR COURT USE ONLY

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

**Ana L Martinez**
**Juan J Martinez**

Debtor(s).

CASE NO.:

CHAPTER: 7

### DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1.  ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 6·10·26    Ana L Martinez _____
Printed name of Debtor 1

_____
Signature of Debtor 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                     Page 1                     F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2.  ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 6·10·2026  Juan J Martinez _____

Printed name of Debtor 2

_____

Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                     Page 2                                     F 1002-1.EMP.INCOME.DEC

| BLOOMINGDALES LLC, DBA Bloomingdale's and Forty Carrots<br>28-07 Jackson Avenue<br>Long Island City, New York 11101 | 1-800-234-MACY<br>311240040 | Period Date | 05/17/26 - 05/23/26 |
|---|---|---|---|
| | | Payment Date | 05/29/26 |
| | | Payroll Name | Weekly Payroll |
| | | Check/Advice Number | 32792831233 |

| Ana Martinez<br>60468300<br>05/29/26 | 72062<br>Bloomingdale's - South Coast Plaza<br>Stores - Receiving - Bloomingd | Basis of Pay | Non-Commission Hourly Associate or Hourly Executive |
|---|---|---|---|

### Tax Withholding Information

| Type | Marital Status | Allowances | Additional Amount |
|---|---|---|---|
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | N/A | 0.00 |
| CA | Single or married with two or more incomes | 0 | 0.00 |

### Summary

| | Gross Earnings | Pretax Deductions | Tax Deductions | After Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 665.10 | 43.13 | 67.40 | 98.80 | 455.77 |
| Year to Date | 18,673.59 | 1,102.09 | 2,480.96 | 1,073.70 | 14,016.84 |

### Earnings

| Description | Start Date | End Date | Hrs/Unit | x Rate | x Factor | = | Current | Hrs/Unit YTD | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Regular Pay Worked | | | 30.37 | 21.90 | 1.00 | | 665.10 | 770.36 | 16,472.41 |
| Spot Bonus | | | | | | | | | 1,000.00 |
| Save Actively 401k ER Match New | | | | | | | | | 937.46 |
| Flexible Holiday | | | | | | | | 16.00 | 340.80 |
| Overtime Straight Worked | | | | | | | | 10.44 | 222.74 |
| Hourly Team Incentive | | | | | | | | | 189.35 |
| Holiday Pay | | | | | | | | 8.00 | 170.40 |
| Sick-Safe State/Local PTO | | | | | | | | 7.50 | 162.53 |
| Overtime Premium Worked | | | | | | | | 10.44 | 111.37 |
| Overtime Premium Worked Retroact | | | | | | | | | 4.08 |
| Sick-Safe State/Local PTO Retroa | | | | | | | | | -0.09 |

### Pretax Deductions

| Description | Current | YTD |
|---|---|---|
| 401k | 26.60 | 738.43 |
| Dental | 14.73 | 324.06 |
| Vision | 1.80 | 39.60 |
| Total | 43.13 | 1,102.09 |

### Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Social Security EE W/H | 40.22 | 1,135.22 |
| Medicare EE W/H | 9.40 | 265.49 |
| FIT Withheld | 0.27 | 428.70 |
| SIT W/H - CA | 9.08 | 413.52 |
| SDI EE W/H - CA | 8.43 | 238.03 |
| Total | 67.40 | 2,480.96 |

### After Tax(AT) Deductions

| Description | Current | YTD |
|---|---|---|
| Stock Purchase Period II | 66.51 | 362.86 |
| Optional Life | 17.78 | 391.16 |
| Long Term Disability | 7.79 | 171.38 |
| Group Legal | 3.37 | 74.14 |
| Accident | 1.52 | 33.44 |
| Short Term Disability -AT | 1.01 | 22.68 |
| Accidental Death Dismemberment | 0.82 | 18.04 |
| Total | 98.80 | 1,073.70 |

**For food service associates, tip and/or allowance may be applied toward minimum wage

**Pay for overtime worked is displayed as two separate earnings:  straight and premium.  For example, if you worked one hour of overtime, you will receive one hour as "Overtime Straight" at 100% of your hourly rate and the same one hour as "Overtime Premium" at 50% of the greater of your hourly or regular rate.  These earnings, when combined, equal your overtime pay (at time and a half).  For non-commission associates, the hourly rate is your normal hourly rate; for Base + associates, it is your base rate; and for Draw v. Commission associates, it is your standard hourly rate (for CA associates only) or your hourly draw rate (for all associates outside CA).  Your regular rate is defined in the Fair Labor Standards Act.

For colleagues working in New York City or any jurisdiction that currently offers Sick-Safe or other Paid Leave, please refer to MTO (or UKG if Bluemercury) for your Earned Sick-Time/Paid Leave Time Act accrual/balance/use information.

### Net Pay Distribution

| Check/Deposit Number | Bank Routing Number | Account Type | Currency | Payment Amount |
|---|---|---|---|---|
| 32792831233 | 061000052 | CHECKING | USD | 455.77 |

---

BLOOMINGDALES LLC, DBA Bloomingdale's and Forty Carrots
28-07 Jackson Avenue
Long Island City, New York 11101

60468300-1

Date
2026-05-29

***Four hundred fifty-five and 77/100 dollars***

455.77

**Pay to the Order of**

Ana Martinez
344 Winding Lane
Brea, CA 92821

### EARNINGS STATEMENT ONLY - NON NEGOTIABLE

| BLOOMINGDALES LLC, DBA Bloomingdale's and Forty Carrots<br>28-07 Jackson Avenue<br>Long Island City, New York 11101 | 1-800-234-MACY<br>311240040 | Period Date 05/24/26 - 05/30/26<br>Payment Date 06/05/26<br>Payroll Name Weekly Payroll<br>Check/Advice Number 32821996210 |
|---|---|---|
| Ana Martinez<br>60468300<br>06/05/26 | 72062<br>Bloomingdale's - South Coast Plaza<br>Stores - Receiving - Bloomingd | Basis of Pay  Non-Commission Hourly Associate or Hourly Executive |

## Tax Withholding Information

| Type | Marital Status | Allowances | Additional Amount |
|---|---|---|---|
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | N/A | 0.00 |
| CA | Single or married with two or more incomes | 0 | 0.00 |

## Summary

| | Gross Earnings | Pretax Deductions | Tax Deductions | After Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| **Current** | 888.92 | 52.09 | 118.37 | 121.18 | 597.28 |
| **Year to Date** | 19,562.51 | 1,154.18 | 2,599.33 | 1,194.88 | 14,614.12 |

### Earnings

| Description | Start Date | End Date | Hrs/Unit | x Rate | x Factor | = Current | Hrs/Unit YTD | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular Pay Worked | | | 28.47 | 21.90 | 1.00 | 623.49 | 798.83 | 17,095.90 |
| Premium Pay Day | | | 8.08 | 21.90 | 1.50 | 265.43 | 8.08 | 265.43 |
| Spot Bonus | | | | | | | | 1,000.00 |
| Save Actively 401k ER Match New | | | | | | | | 937.46 |
| Flexible Holiday | | | | | | | 16.00 | 340.80 |
| Overtime Straight Worked | | | | | | | 10.44 | 222.74 |
| Hourly Team Incentive | | | | | | | | 189.35 |
| Holiday Pay | | | | | | | 8.00 | 170.40 |
| Sick-Safe State/Local PTO | | | | | | | 7.50 | 162.53 |
| Overtime Premium Worked | | | | | | | 10.44 | 111.37 |
| Overtime Premium Worked Retroact | | | | | | | | 4.08 |
| Sick-Safe State/Local PTO Retroa | | | | | | | | -0.09 |

### Pretax Deductions

| Description | Current | YTD |
|---|---|---|
| 401k | 35.56 | 773.99 |
| Dental | 14.73 | 338.79 |
| Vision | 1.80 | 41.40 |
| Total | 52.09 | 1,154.18 |

### Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Social Security EE W/H | 54.08 | 1,189.30 |
| FIT Withheld | 21.76 | 450.46 |
| Medicare EE W/H | 12.65 | 278.14 |
| SIT W/H - CA | 18.54 | 432.06 |
| SDI EE W/H - CA | 11.34 | 249.37 |
| Total | 118.37 | 2,599.33 |

### After Tax(AT) Deductions

| Description | Current | YTD |
|---|---|---|
| Stock Purchase Period II | 88.89 | 451.75 |
| Optional Life | 17.78 | 408.94 |
| Long Term Disability | 7.79 | 179.17 |
| Group Legal | 3.37 | 77.51 |
| Accident | 1.52 | 34.96 |
| Short Term Disability -AT | 1.01 | 23.69 |
| Accidental Death Dismemberment | 0.82 | 18.86 |
| Total | 121.18 | 1,194.88 |

**For food service associates, tip and/or allowance may be applied toward minimum wage

**Pay for overtime worked is displayed as two separate earnings: straight and premium. For example, if you worked one hour of overtime, you will receive one hour as "Overtime Straight" at 100% of your hourly rate and the same one hour as "Overtime Premium" at 50% of the greater of your hourly or regular rate. These earnings, when combined, equal your overtime pay (at time and a half). For non-commission associates, the hourly rate is your normal hourly rate; for Base + associates, it is your base rate; and for Draw v. Commission associates, it is your standard hourly rate (for CA associates only) or your hourly draw rate (for all associates outside CA). Your regular rate is defined in the Fair Labor Standards Act.

For colleagues working in New York City or any jurisdiction that currently offers Sick-Safe or other Paid Leave, please refer to MTO (or UKG if Bluemercury) for your Earned Sick-Time/Paid Leave Time Act accrual/balance/use information.

### Net Pay Distribution

| Check/Deposit Number | Bank Routing Number | Account Type | Currency | Payment Amount |
|---|---|---|---|---|
| 32821996210 | 061000052 | CHECKING | USD | 597.28 |

---

BLOOMINGDALES LLC, DBA Bloomingdale's and Forty Carrots
28-07 Jackson Avenue
Long Island City, New York 11101

60468300-1

Date
2026-06-05

***Five hundred ninety-seven and 28/100 dollars***

597.28

**Pay to the Order of**

Ana Martinez
344 Winding Lane
Brea, CA 92821

## EARNINGS STATEMENT ONLY - NON NEGOTIABLE

| BLOOMINGDALES LLC, DBA Bloomingdale's and Forty Carrots<br>28-07 Jackson Avenue<br>Long Island City, New York 11101 | 1-800-234-MACY<br>311240040 | Period Date 05/31/26 - 06/06/26<br>Payment Date 06/12/26<br>Payroll Name Weekly Payroll<br>Check/Advice Number 32835783941 |
|---|---|---|
| Ana Martinez<br>60468300<br>06/12/26 | 72062<br>Bloomingdale's - South Coast Plaza<br>Stores - Receiving - Bloomingd | Basis of Pay — Non-Commission Hourly Associate or Hourly Executive |

### Tax Withholding Information

| Type | Marital Status | Allowances | Additional Amount |
|---|---|---|---|
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | N/A | 0.00 |
| CA | Single or married with two or more incomes | 0 | 0.00 |

### Summary

| | Gross Earnings | Pretax Deductions | Tax Deductions | After Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 711.42 | 44.99 | 77.96 | 103.43 | 485.04 |
| Year to Date | 20,273.93 | 1,199.17 | 2,677.29 | 1,298.31 | 15,099.16 |

### Earnings

| Description | Start Date | End Date | Hrs/Unit x | Rate x | Factor = | Current | Hrs/Unit YTD | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular Pay Worked | | | 31.93 | 21.90 | 1.00 | 699.27 | 830.76 | 17,795.17 |
| Overtime Straight Worked | | | 0.37 | 21.90 | 1.00 | 8.10 | 10.81 | 230.84 |
| Overtime Premium Worked | | | 0.37 | 21.90 | 0.50 | 4.05 | 10.81 | 115.42 |
| Spot Bonus | | | | | | | | 1,000.00 |
| Save Actively 401k ER Match New | | | | | | | | 937.46 |
| Flexible Holiday | | | | | | | 16.00 | 340.80 |
| Premium Pay Day | | | | | | | 8.08 | 265.43 |
| Hourly Team Incentive | | | | | | | | 189.35 |
| Holiday Pay | | | | | | | 8.00 | 170.40 |
| Sick-Safe State/Local PTO | | | | | | | 7.50 | 162.53 |
| Overtime Premium Worked Retroact | | | | | | | | 4.08 |
| Sick-Safe State/Local PTO Retroa | | | | | | | | -0.09 |

### Pretax Deductions

| Description | Current | YTD |
|---|---|---|
| 401k | 28.46 | 802.45 |
| Dental | 14.73 | 353.52 |
| Vision | 1.80 | 43.20 |
| Total | 44.99 | 1,199.17 |

### Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Social Security EE W/H | 43.09 | 1,232.39 |
| Medicare EE W/H | 10.08 | 288.22 |
| FIT Withheld | 4.72 | 455.18 |
| SIT W/H - CA | 11.04 | 443.10 |
| SDI EE W/H - CA | 9.03 | 258.40 |
| Total | 77.96 | 2,677.29 |

### After Tax(AT) Deductions

| Description | Current | YTD |
|---|---|---|
| Stock Purchase Period II | 71.14 | 522.89 |
| Optional Life | 17.78 | 426.72 |
| Long Term Disability | 7.79 | 186.96 |
| Group Legal | 3.37 | 80.88 |
| Accident | 1.52 | 36.48 |
| Short Term Disability -AT | 1.01 | 24.70 |
| Accidental Death Dismemberment | 0.82 | 19.68 |
| Total | 103.43 | 1,298.31 |

\*\*For food service associates, tip and/or allowance may be applied toward minimum wage

\*\*Pay for overtime worked is displayed as two separate earnings:  straight and premium.  For example, if you worked one hour of overtime, you will receive one hour as "Overtime Straight" at 100% of your hourly rate and the same one hour as "Overtime Premium" at 50% of the greater of your hourly or regular rate.  These earnings, when combined, equal your overtime pay (at time and a half).  For non-commission associates, the hourly rate is your normal hourly rate; for Base + associates, it is your base rate; and for Draw v. Commission associates, it is your standard hourly rate (for CA associates only) or your hourly draw rate (for all associates outside CA).  Your regular rate is defined in the Fair Labor Standards Act.

For colleagues working in New York City or any jurisdiction that currently offers Sick-Safe or other Paid Leave, please refer to MTO (or UKG if Bluemercury) for your Earned Sick-Time/Paid Leave Time Act accrual/balance/use information.

### Net Pay Distribution

| Check/Deposit Number | Bank Routing Number | Account Type | Currency | Payment Amount |
|---|---|---|---|---|
| 32835783941 | 061000052 | CHECKING | USD | 485.04 |

---

BLOOMINGDALES LLC, DBA Bloomingdale's and Forty Carrots
28-07 Jackson Avenue
Long Island City, New York 11101

60468300-1

Date
2026-06-12

\*\*\*Four hundred eighty-five and 4/100 dollars\*\*\*

485.04

**Pay to the Order of**

Ana Martinez
344 Winding Lane
Brea, CA 92821

**EARNINGS STATEMENT ONLY - NON NEGOTIABLE**

| BLOOMINGDALES LLC, DBA Bloomingdale's and Forty Carrots<br>28-07 Jackson Avenue<br>Long Island City, New York 11101 | 1-800-234-MACY<br>311240040 | Period Date 06/07/26 - 06/13/26<br>Payment Date 06/18/26<br>Payroll Name Weekly Payroll<br>Check/Advice Number 32847305990 |
|---|---|---|
| Ana Martinez<br>60468300<br>06/18/26 | 72062<br>Bloomingdale's - South Coast Plaza<br>Stores - Receiving - Bloomingd | Basis of Pay  Non-Commission Hourly Associate or Hourly Executive |

### Tax Withholding Information

| Type | Marital Status | Allowances | Additional Amount |
|---|---|---|---|
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | N/A | 0.00 |
| CA | Single or married with two or more incomes | 0 | 0.00 |

### Summary

| | Gross Earnings | Pretax Deductions | Tax Deductions | After Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 665.33 | 43.14 | 67.46 | 98.82 | 455.91 |
| Year to Date | 20,939.26 | 1,242.31 | 2,744.75 | 1,397.13 | 15,555.07 |

### Earnings

| Description | Start Date | End Date | Hrs/Unit | x Rate | x Factor | = | Current | Hrs/Unit YTD | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Regular Pay Worked | | | 30.23 | 21.90 | 1.00 | | 662.04 | 860.99 | 18,457.21 |
| Overtime Straight Worked | | | 0.10 | 21.90 | 1.00 | | 2.19 | 10.91 | 233.03 |
| Overtime Premium Worked | | | 0.10 | 21.90 | 0.50 | | 1.10 | 10.91 | 116.52 |
| Spot Bonus | | | | | | | | | 1,000.00 |
| Save Actively 401k ER Match New | | | | | | | | | 937.46 |
| Flexible Holiday | | | | | | | | 16.00 | 340.80 |
| Premium Pay Day | | | | | | | | 8.08 | 265.43 |
| Hourly Team Incentive | | | | | | | | | 189.35 |
| Holiday Pay | | | | | | | | 8.00 | 170.40 |
| Sick-Safe State/Local PTO | | | | | | | | 7.50 | 162.53 |
| Overtime Premium Worked Retroact | | | | | | | | | 4.08 |
| Sick-Safe State/Local PTO Retroa | | | | | | | | | -0.09 |

### Pretax Deductions

| Description | Current | YTD |
|---|---|---|
| 401k | 26.61 | 829.06 |
| Dental | 14.73 | 368.25 |
| Vision | 1.80 | 45.00 |
| Total | 43.14 | 1,242.31 |

### Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Social Security EE W/H | 40.22 | 1,272.61 |
| Medicare EE W/H | 9.41 | 297.63 |
| FIT Withheld | 0.30 | 455.48 |
| SIT W/H - CA | 9.09 | 452.19 |
| SDI EE W/H - CA | 8.44 | 266.84 |
| Total | 67.46 | 2,744.75 |

### After Tax(AT) Deductions

| Description | Current | YTD |
|---|---|---|
| Stock Purchase Period II | 66.53 | 589.42 |
| Optional Life | 17.78 | 444.50 |
| Long Term Disability | 7.79 | 194.75 |
| Group Legal | 3.37 | 84.25 |
| Accident | 1.52 | 38.00 |
| Short Term Disability -AT | 1.01 | 25.71 |
| Accidental Death Dismemberment | 0.82 | 20.50 |
| Total | 98.82 | 1,397.13 |

**For food service associates, tip and/or allowance may be applied toward minimum wage

**Pay for overtime worked is displayed as two separate earnings:  straight and premium.  For example, if you worked one hour of overtime, you will receive one hour as "Overtime Straight" at 100% of your hourly rate and the same one hour as "Overtime Premium" at 50% of the greater of your hourly or regular rate.  These earnings, when combined, equal your overtime pay (at time and a half).  For non-commission associates, the hourly rate is your normal hourly rate; for Base + associates, it is your base rate; and for Draw v. Commission associates, it is your standard hourly rate (for CA associates only) or your hourly draw rate (for all associates outside CA).  Your regular rate is defined in the Fair Labor Standards Act.

For colleagues working in New York City or any jurisdiction that currently offers Sick-Safe or other Paid Leave, please refer to MTO (or UKG if Bluemercury) for your Earned Sick-Time/Paid Leave Time Act accrual/balance/use information.

### Net Pay Distribution

| Check/Deposit Number | Bank Routing Number | Account Type | Currency | Payment Amount |
|---|---|---|---|---|
| 32847305990 | 061000052 | CHECKING | USD | 455.91 |

---

BLOOMINGDALES LLC, DBA Bloomingdale's and Forty Carrots
28-07 Jackson Avenue
Long Island City, New York 11101

60468300-1

Date
2026-06-18

***Four hundred fifty-five and 91/100 dollars***

455.91

**Pay to the Order of**

Ana Martinez
344 Winding Lane
Brea, CA 92821

### EARNINGS STATEMENT ONLY - NON NEGOTIABLE