Certificate Number: 14912-CAC-DE-041207010

Bankruptcy Case Number: 26-11867



14912-CAC-DE-041207010

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 14, 2026, at 10:19 o'clock PM EDT, Ana Martinez completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  July 14, 2026

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor